IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANET E. VAUGHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-2213-KHV |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING ATTORNEY'S FEES
### UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,909.23, payable to Plaintiff. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $350.00 from the Judgment Fund administered by the Treasury Department, payable to Plaintiff.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,909.23**, payable to Plaintiff.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$350.00** to be paid from the Judgment Fund administered by the Treasury Department, payable to Plaintiff.

IT IS SO ORDERED.

Dated this 10th day of July, 2007.

                                          s/ Kathryn H. Vratil
                                          KATHRYN H. VRATIL
                                          United States District Judge

APPROVED BY:

s/ Roger M. Driskell
ROGER M. DRISKELL, Bar No. 70782
19 North Water Street
Liberty, Missouri 64068
Tel: ( 816) 781-4836
Fax: (816) 792-3634
Email: rmdriskill@ss-disability.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

s/ David D. Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
Kan. Fed. Bar No. 23486
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
Email: david.zimmerman@usdoj.gov

Attorneys for the United States

ELECTRONICALLY SUBMITTED

2